UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| DR. JONATHAN DILLARD,<br><br>              Plaintiff,<br><br>v.<br><br>MONTGOMERY COUNTY SHERIFF,<br>et al.,<br><br>              Defendants. | Case No. 1:25-cv-00583-DCN<br><br>**SUCCESSIVE REVIEW ORDER<br>BY SCREENING JUDGE** |

Plaintiff Jonathan Dillard filed a pro se prisoner Complaint. Upon screening, the Court dismissed the Complaint without prejudice. The Court notified Plaintiff that he could file a proper amended complaint within 30 days after entry of the Order of March 13, 2026. Plaintiff was warned that, if his amended complaint did not follow the guidelines set forth in the Order, judgment would be entered under Federal Rule of Civil Procedure 41(b).

Instead of an amended complaint, Plaintiff has filed several letters that are mostly indecipherable. *See* Dkts. 18 to 24. The form and content of these letters do not meet the Order requiring a proper amended complaint. Accordingly, the Court will enter judgment in this case.

DATED: July 28, 2026

David C. Nye
U.S. District Court Judge

SUCCESSIVE REVIEW ORDER BY SCREENING JUDGE - 1